# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2513
LT Case No. 2020-CA-002875

_____

AGNES ROMAN,

Appellant,

v.

SECURITY FIRST INSURANCE
COMPANY,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Matthew Struble, of Struble, P.A., Indialantic, for Appellant.

Michael Fox Orr and Loreyn P. Raab, of Orr/Cook, Jacksonville,
for Appellee.

August 27, 2024

PER CURIAM.

   AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____